UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MMM STORE, INC.
d/b/a COACH PARTY STORE,

    Plaintiff,     Case No.: 09-10559

                              Hon. Avern Cohn

vs.

UNITED STATES OF AMERICA,
DEPARTMENT OF AGRICULTURE,

    Defendant.

---

## ORDER FOR STAY OF PROCEEDINGS AND SCHEDULING HEARING

Petitioner having filed its Petition for Judicial Review of Administrative Agency and the Court having scheduled a hearing for <u>Wednesday, February 18, 2008 at 11:00 a.m.</u>;

IT IS HEREBY ORDERED that all Defendants, their respective officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order and Petition by personal service or otherwise, are enjoined and restrained from disqualifying Petitioner from the SNAP program until the close of business on February 18, 2009.

SO ORDERED.


Dated: February 13, 2009                        s/Avern Cohn
                                                                       U.S. District Court Judge